# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FEDERICO DELAGARZA JR. | § | CASE NO. 09-30016-BAM-13 |
| BRIGITTE JEAN DELAGARZA | § | CHAPTER 13 |
| | § | |
| AKA BRIGITTE HODGE | § | JUDGE BRUCE A. MARKELL |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

>USAA
>P. O. Box 829009
>Dallas, Texas 75382-9009

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC


/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7175-N-4837

9441 LBJ Freeway, Suite 350

Dallas, Texas  75243

(972) 643-6600 / (972) 643-6698 (Telecopier)

E-mail Address: notice@bkcylaw.com

Authorized Agent for USAA

## CERTIFICATE OF SERVICE

    I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 16, 2009:

**Debtors' Attorney**
David Krieger
Haines & Krieger, L.l.c.
1020 GARCES AVE.
LAS VEGAS, NV  89101

**Chapter 13 Trustee**
Kathleen A. Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, Nevada 89101

**U.S. Trustee**
OFFICE OF THE US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

/s/ Hilary B. Bonial
_____

Hilary B. Bonial

7175-N-4837
noaelect