**Entered on Docket**
**January 15, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-77846

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-30016-bam |
| Federico Delagarza, Jr. and Brigitte Jean Delagarza | Date: 12/22/2009<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtors | |

## ORDER VACATING AUTOMATIC STAY

1
2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4  Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

5  property, generally described as 5212 El Prado Heights, North Las Vegas, AZ 89081, and legally

6  described as follows:

7          Parcel I:
8          Lot 81 of FINAL MAP OF CORTEZ HEIGHTS, as shown by map thereof on file in Book 113
           of Plats, Page 81, in the Office of the County Recorder of Clark County, Nevada and amended
9          by Certificate of Amendment recorded March 30, 2004 in Book 20040330 of Official Records,
           Clark County Nevada, as Document No. 02339.
10
11         Parcel II:
           A non-exclusive right and easement of in ingress and egress and of use and enjoyment in, to and
12         over the Common Elements.

13         IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

14  Debtors at least five business days' notice of the time, place and date of sale.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2    withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of

3    the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

4    Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5          DATED this _____ day of _____, 2009.

6    Submitted by:

7    **WILDE & ASSOCIATES**

8    By:____/s/Gregory L. Wilde, Esq_____
     **Gregory L. Wilde, Esq.**
9    Attorney for Secured Creditor
     208 South Jones Boulevard
10   Las Vegas, Nevada 89107

11
     APPROVED / DISAPPROVED
12
     By:_____
13   David Krieger
     1020 Garces Ave.
14   Las Vegas, NV 89101
     Attorney for Debtor(s)
15

16   Nevada Bar No:_____

17   APPROVED / DISAPPROVED

18   By:_____
19   Kathleen A Leavitt
     201 Las Vegas Blvd., So. #200
20   Las Vegas, NV  89101
     Chapter 13 Trustee
21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order       _____ disapproved the form of this order
_____ waived the right to review the order and/or   __x__ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order       _____ disapproved the form of this order
_____ waived the right to review the order and/or   __x__ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order       _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order       _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor